UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:11-00015 |
| | ) | JUDGE CAMPBELL |
| ELMER HILL | ) | |

ORDER

Pending before the Court is a Motion to Continue Hearing Date (Docket No. 147). The Motion is DENIED without prejudice to clarifying the hearing date Defendant wants to continue.

The sentencing hearing is currently scheduled for June 22, 2015, at 11:00 a.m.

It is so ORDERED.

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE